**FILED**

**SEP 25 2019**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | **3:19 CR 565** |
| Plaintiff, ) | **JUDGE CARR** |
| ) | **MAG. JUDGE KNEPP** |
| v. ) | CASE NO. |
| ) | Title 18, United States Code, |
| JERMAINE A. LUCAS, ) | Sections 922(g)(1) and 924(a)(2) |
| ) | |
| Defendant. ) | |
| ) | |

COUNT 1
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about April 30, 2019, in the Northern District of Ohio, Western Division, Defendant JERMAINE A. LUCAS, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Grand Theft of a Motor Vehicle, on or about December 2, 2014, in Case Number CR-201402198-000, in Lucas County Common Pleas Court; Escape, on or about June 11, 2015, in Case Number CR-201501129-000, in Lucas County Common Pleas Court; Receiving Stolen Property, on or about August 3, 2015, in Case Number CR-201501934-000, in Lucas County Common Pleas Court; and Escape, on or about January 26, 2016, in Case Number CR-201503107-000, in Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm and ammunition, to wit: a Taurus, Model G2C, 9mm pistol, bearing serial number TMC80924, and 12 rounds of 9mm ammunition, said firearm and ammunition having been shipped and transported in

ORIGINAL

interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant JERMAINE A. LUCAS shall forfeit to the United States all property involved in the commission of the violation charged in Count 1, but not limited to: a Taurus, Model G2C, 9mm pistol, bearing serial number TMC80924, and 12 rounds of 9mm ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.